# 822        CASES REPORTED WITH BRIEF SYLLABI.

DENNY J. CUSACK, Appellant, v. VANITY FAIR SILK MILLS, Respondent.—Application denied, with ten dollars costs. Order signed. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

HENRY A. GUINZBURG and Others, Respondents, v. DAVID BLUSTEIN and Others, Appellants.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

ST. ALBANS & DARTMOUTH, INC., Respondent, v. MAX ROSENBLUM, Appellant.—Application denied, with ten dollars costs. Order signed. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JAMES SHEWAN & SONS, INC., Appellant, v. WILLIAM WIRT MILLS, as Commissioner, etc., and Others, Respondents.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of DENNIS E. CONNERS for an Order Directing WILLIAM L. CLAY, an Attorney, etc., to Turn over Various Papers, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of JOSEPHINE BROOKS, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JOANNES BROTHERS COMPANY, Respondent, v. FEDERAL SUGAR REFINING COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

GERHARD & HEY, Appellant, v. CATTARAUGUS TANNING COMPANY, Respondent. — Motion denied. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

SUSAN CHILDS, as Administratrix, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

DORSEY L. PETERS, Appellant, v. WELLS FARGO & COMPANY, a Corporation, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

MARY A. BUTTERFIELD, Appellant, v. JOHN J. McGRAW, Respondent, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

LOUIS BAILLY, Appellant, v. ADOLFO BETTI and Others, Respondents.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

MINNIE E. READ, as Executrix, etc., Respondent, v. POSTAL TELEGRAPH CABLE COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

HENRY D. APPLETON and Others, Respondents, v. THE NATIONAL PARK BANK OF NEW YORK, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of SIGISMUND L. FIEUX, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

MAX GOLDEN, Respondent, v. T. A. SHAW & COMPANY, Appellant.— Motion granted. The action of the court on this appeal was upon the authority of the opinion of this court on the former appeal herein (204 App. Div. 404). Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.